1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   LORRAINE FREEMAN,                    Case No. 1:23-cv-00035-CDB (SS)

12              Plaintiff,                **ORDER REQUIRING PLAINTIFF TO
                                          FILE LONG FORM APPLICATION TO
13         v.                             PROCEED *IN FORMA PAUPERIS***

14   COMMISSIONER OF SOCIAL               (Doc. 2)
     SECURITY,
15
              Defendant.                  **THIRTY (30) DAY DEADLINE**
16

17         On January 6, 2023, Plaintiff Lorraine Freeman ("Plaintiff"), proceeding through counsel,

18   filed the complaint in this action.  (Doc. 1.)  Plaintiff did not pay the filing fee and instead filed

19   an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Doc. 2).  However,

20   Plaintiff's application demonstrates that she may be receiving income above the poverty

21   threshold, and the information available is insufficient for the Court to determine whether she is

22   entitled to proceed without prepayment of fees in this action.

23         Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed

24   in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.  If Plaintiff is

25   unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in

26   full.

27         Based upon the foregoing, it is HEREBY ORDERED that:

28         1.      The Clerk of the Court is directed to forward an Application to Proceed in District

1   Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

2        2      Within **thirty (30) days** of the date of this order, Plaintiff shall either (1) pay the

3   $400.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in

4   District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

5        3.      If Plaintiff fails to comply with this order, this action shall be dismissed.

6   IT IS SO ORDERED.

7        Dated:   **January 9, 2023**        _____

8                                            UNITED STATES MAGISTRATE JUDGE